1  Mia Farber (SBN 131467)
   Mia.Farber@jacksonlewis.com
2  Talya Z. Friedman (SBN 216158)
   Talya.Friedman@jacksonlewis.com
3  Peter M. Waneis (SBN 300999)
   Peter.Waneis@jacksonlewis.com
4  JACKSON LEWIS P.C.
   725 South Figueroa Street, Suite 2500
5  Los Angeles, California  90017-5408
   Telephone:  (213) 689-0404
6  Facsimile:  (213) 689-0430

7  Attorneys for Defendant
   NBCUNIVERSAL MEDIA, LLC
8
                IN THE UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JENNIFER MARTINEZ, | Case No. 20-3550 |
| Plaintiff, | **DEFENDANT NBCUNIVERSAL MEDIA, LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1** |
| vs. | |
| NBCUNIVERSAL MEDIA, LLC, and DOES 1-100, | |
| Defendants. | (Removed from Los Angeles Superior Court Case No. 20STCV09809) |
| | (Diversity Jurisdiction: 28 U.S.C. §§ 1332, 1441, and 1446) |
| | [Notice of Removal, Declarations of Mia Farber, Gabriela Kornzweig and Ted Ragsac, and Civil Cover Sheet, filed concurrently herewith] |

1

**DEFENDANT NBCUNIVERSAL MEDIA, LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1**

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF JENNIFER MARTINEZ AND HER COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NBCUniversal Media, LLC ("Defendant") makes the following disclosure: Defendant NBCUniversal Media, LLC is indirectly owned by Comcast Corporation. Comcast Corporation is a publicly held corporation. No other publicly held corporation owns 10% or more of the equity of Defendant NBCUniversal Media, LLC.

Pursuant to Rule 7.1-1 of this Court's Local Rules, the undersigned counsel of record for Defendant certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

1. Plaintiff Jennifer Martinez;
2. ROSS & MORRISON, which represents Plaintiff in this action;
3. Defendant NBCUniversal Media, LLC; and
4. Comcast Corporation (publicly held corporation and the ultimate parent of NBCUniversal, LLC).

DATED: April 16, 2020           JACKSON LEWIS P.C.

By:   /s/ Talya Friedman
      Mia Farber
      Talya Z. Friedman
      Peter M. Waneis

      Attorneys for Defendant
      NBCUNIVERSAL MEDIA, LLC

4827-6016-0184, v. 1