1  Mia Farber (SBN 131467)
   Mia.Farber@jacksonlewis.com
2  Talya Z. Friedman (SBN 216158)
   Talya.Friedman@jacksonlewis.com
3  Peter M. Waneis (SBN 300999)
   Peter.Waneis@jacksonlewis.com
4  JACKSON LEWIS P.C.
   725 South Figueroa Street, Suite 2500
5  Los Angeles, California  90017-5408
   Telephone:  (213) 689-0404
6  Facsimile:  (213) 689-0430

7  Attorneys for Defendant
   NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JENNIFER MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NBCUNIVERSAL MEDIA, LLC, and DOES 1-100,<br><br>　　　　Defendants. | Case No.  20-3550<br><br>**DEFENDANT NBCUNIVERSAL MEDIA, LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1**<br><br>(Removed from Los Angeles Superior Court Case No. 20STCV09809)<br><br>(Diversity Jurisdiction: 28 U.S.C. §§ 1332, 1441, and 1446)<br><br>[Notice of Removal, Declarations of Mia Farber, Gabriela Kornzweig and Ted Ragsac, and Civil Cover Sheet, filed concurrently herewith] |

**DEFENDANT NBCUNIVERSAL MEDIA, LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1**

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF JENNIFER MARTINEZ AND HER COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NBCUniversal Media, LLC ("Defendant") makes the following disclosure: Defendant NBCUniversal Media, LLC is indirectly owned by Comcast Corporation. Comcast Corporation is a publicly held corporation. No other publicly held corporation owns 10% or more of the equity of Defendant NBCUniversal Media, LLC.

Pursuant to Rule 7.1-1 of this Court's Local Rules, the undersigned counsel of record for Defendant certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

1. Plaintiff Jennifer Martinez;
2. ROSS & MORRISON, which represents Plaintiff in this action;
3. Defendant NBCUniversal Media, LLC; and
4. Comcast Corporation (publicly held corporation and the ultimate parent of NBCUniversal, LLC).

DATED: April 16, 2020           JACKSON LEWIS P.C.

By: /s/ Talya Friedman
Mia Farber
Talya Z. Friedman
Peter M. Waneis

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

4827-6016-0184, v. 1